NOTICE OF LATE RECORD

Court of Appeals No., if known: **04-15-00362-CV**

Trial Court Style: **DC Civil Construction, LLC vs. Elizabeth Olivarez, Javan Smith and All Occupants**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/30/2015 1:59:51 PM
KEITH E. HOTTLE
Clerk

Trial Court No.: **2015CV01978**

I am the official responsible for preparing the reporter's record in the above-referenced appeal. The approximate date of trial was: **June 12, 2015**

The record was originally due:

I anticipate the length of the record to be: **50 pages**

I am unable to file the record by the date such record is due because:

    X   The appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

    ___   My other duties or activities preclude working on the record and include the following:

    ___   Other. Explain:

I anticipate the record will be completed by: **Within 1 week after payment is received.**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: **September 30, 2015**        Signature: _Kay Counseller_

                                    Printed Name: **Kay Counseller**

                                    Title: **Official Court Reporter, County Court at Law No. 3**

ACKNOWLEDGMENT
(To be completed by notary or court clerk)

State of Texas        )(
County of Bexar    )(

Before me, the undersigned authority, on this day personally appeared Bob L. Hogan, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the reasons expressed therein.

Date: **9.30.2015**        Signature _Norma Cavazos_

                                    Printed Name: _Norma Cavazos_

Seal:

NORMA CAVAZOS
Notary Public, State of Texas
My Commission Expires
February 3, 2019